UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL FOBI,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No. 2:20-cv-05288-FLA (Ex)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT OFFICER WINDLE HAWKINS** |

    This action came on for trial on February 7, 2023, in Courtroom 6B of the United States District Court, Central District of California, Western Division, the Honorable Fernando L. Aenlle-Rocha, Judge Presiding.  Plaintiff Norvell Fobi ("Plaintiff") was present and was represented by attorney Brian T. Dunn.  Defendants Officer Windle Hawkins and Officer Rudy Lucero (collectively, "Defendants") were present and represented by attorneys Colleen R. Smith and Cory M. Brente.

    A jury of eight (8) persons was regularly impaneled and sworn on February 7, 2023.  Witnesses were sworn and testified.  On February 14, 2023, following the presentation of evidence and argument, the jury, in the above-styled action, UNANIMOUSLY did not find in favor of Plaintiff on his 42 U.S.C. § 1983 claim

against Defendant Officer Windle Hawkins.

Accordingly, Defendant Officer Windle Hawkins is entitled to judgment against Plaintiff. The court declared a mistrial as to Plaintiff's claim against Defendant Officer Rudy Lucero because the jury was unable to reach a verdict.

Now, therefore, it is ORDERED, ADJUDGED, AND DECREED that Plaintiff have and recover nothing by reason of each and all of his claims as set forth in the Complaint against Defendant Officer Windle Hawkins. Defendant Officer Windle Hawkins shall recover his costs in accordance with Local Rule 54.

JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT OFFICER WINDLE HAWKINS ON ALL CLAIMS AGAINST HIM.

IT IS SO ORDERED.

Dated: February 21, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge